IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| RICK MARTIN BOSWORTH, : | |
| : | |
| Plaintiff, : | Case No.: 5:10-cv-128 (CAR) |
| : | |
| v. : | |
| : | |
| HALE BURNSIDE, : | |
| : | |
| Defendant. : | |
| _____ | |

## ORDER ON THE REPORT AND RECOMMENDATION

Before the Court is the United States Magistrate Judge's Recommendation [Doc. 39] that this Court grant Defendant's Motion for Summary Judgment [Doc. 21]. Plaintiff has not entered an objection to the Recommendation. Upon consideration of the Recommendation and the record of the case, the Court agrees with the findings and conclusions of the United States Magistrate Judge. Therefore, his Recommendation [Doc. 38] is hereby **ADOPTED** and **MADE THE ORDER OF THE COURT**. For the reasons set forth therein, Defendant's Motion for Summary Judgment [Doc. 21] is **GRANTED**.

**SO ORDERED,** this 14th day of September, 2011.

S/ C. Ashley Royal  
C. ASHLEY ROYAL, JUDGE  
UNITED STATES DISTRICT COURT

LMH/ssh